

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00155-CV

Robert R. Wightman-Cervantes § From the 153rd District Court

§ of Tarrant County (153-289655-16)

v.

§ February 9, 2018

Mike Hernandez § Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel